# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TOLAVIUS TIMMONS,

    Plaintiff,

v.

BONNIE POLLY, et al.,

    Defendants.

Case No.: 2:17-cv-00361-JAD-NJK

**ORDER**

[Docket No. 14]

Pending before the Court is a letter from Plaintiff proposing settlement terms. Docket No. 14. It is not clear why this letter was filed with the Court, and settlement discussions are generally confidential. *Cf.* Local Rule 16-5. As such, the Court SEALS and STRIKES this letter.

IT IS SO ORDERED.

Dated: March 26, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE