Joel D. Odou (State Bar No. 7468)
jodou@wshblaw.com
Christina M. Mamer (State Bar No. 13181)
cmamer@wshblaw.com
Susana Santana (State Bar No. 13753)
ssantana@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405

Attorneys for Aramark Services, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOLAVIUS TIMMONS,<br><br>         Plaintiff,<br><br>     v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CAPTAIN ANDREW PERALTA; ARAMARK; BONNIE POLLEY; LT. YANCEY TAYLOR; SGT. FRANC CADET; LEONEL VERDUZCO; SHERIFF JOE LOMBARDO,<br><br>         Defendants. | Case No. 2:17-cv-00361-JAD-NJK<br><br>**ARAMARK SERVICES INC.'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

        Defendant Aramark Services, Inc., by and through its counsel, Wood, Smith, Henning & Berman, LLP, hereby moves this Court for a thirty (30) day extension of time to answer or otherwise respond to Plaintiff, Tolavius Simmons' Second Amended Complaint [ECF 8], filed on October 11, 2018, in the above-entitled action.

        This motion is made and based upon the pleadings and papers on file, and the memorandum of points and authorities herein.

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.    PROCEDURAL HISTORY

On October 11, 2018, Plaintiff filed his Second Amended Complaint [ECF 8]. Thereafter, on January 29, 2019, the Court entered an Order [ECF 11] allowing certain causes of action in Plaintiff's Second Amended Complaint to proceed. A Summons [ECF 12] was issued to Aramark on January 30, 2019, and Aramark was then served with Plaintiff's Second Amended Complaint on April 4, 2019. As such, an Answer or other response to the Complaint is due on or before April 24, 2019. Upon receipt of Plaintiff's Second Amended Complaint, Aramark began the process of reviewing Plaintiff's Complaint and obtaining the pertinent records, which are necessary to effectively respond to Plaintiff's Complaint and defend the instant action.[1] Despite Aramark's diligent efforts, further time is needed to respond to Plaintiff's Second Amended Complaint.

## II.   LEGAL ANALYSIS

FED. R. CIV. P. 6(b) provides:

> 1) *In General*. When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.
> (2) *Exceptions*. A court must not extend the time to act under Rules 50(b) and (d), 52(b), 59(b), (d) and (e), and 60(b).

LR IA 6-1 provides in pertinent part:

> (a)   A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted. . . . A request made after the expiration of the specified period will not be granted unless the movant or attorney demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect. Immediately below the title of the motion or stipulation there also must be a statement indicating whether it is the first, second, third, etc., requested extension. . . .
> (b)   The court may set aside any extension obtained in contravention of this rule.

Rule 6(b)(1) allows for a party to move for an enlargement of time, the determination of which lies with the presiding court. "The Court has inherent power and discretion to control its docket, and

---

[1] *See* Declaration of Christina M. Mamer, Esq., attached hereto as **Exhibit "A."**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ◆ FAX 702 251 5405

the proceedings within the cases on its docket." *Ford v. County of Missoula, Mont.*, 2010 WL 2674036, 1 (D. Mont., 2010) (citing *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 6(b) (advisory committee note, 1946) ("Rule 6(b) is a rule of general application giving wide discretion to the court to enlarge these limits or revive them after they have expired . . .").

Defendant is requesting an extension of time to file its answer or other response to Plaintiff's Second Amended Complaint [ECF 8] before the deadline has expired. Defendant is making this request based upon good cause to gather key pieces of information that are necessary to effectively defend the instant action and properly respond to Plaintiff's Second Amended Complaint. Since receiving Plaintiff's Second Amended Complaint, Aramark has begun the process of requesting information from individual(s) that may have personal knowledge of the events described in Plaintiff's Second Amended Complaint, however, further time is needed to gather the requested information. As such, Aramark respectfully requests a thirty (30) day enlargement of time in which to file an Answer or otherwise respond to Plaintiff's Second Amended Complaint, up to and including May 24, 2019.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

III. **CONCLUSION**

Based upon the foregoing, Aramark requests a thirty (30) day extension of time to respond to Plaintiff's Second Amended Complaint up to and including May 24, 2019. This request is being made in good faith and not for the purpose of delay.

April 23, 2019

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law


By _____*/s/ Christina M. Mamer*_____
JOEL D. ODOU
Nevada Bar No. 7468
CHRISTINA M. MAMER
Nevada Bar No. 13181
SUSANA SANTANA
Nevada Bar No. 13753
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Tel. 702 251 4100

Attorneys for Aramark Services, Inc.


**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____April 24, 2019_____

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405