# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TOLAVIUS TIMMONS,<br><br>Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>Defendant(s). | Case No.: 2:17-cv-00361-APG-NJK<br><br>**Order**<br><br>(Docket No. 33) |

Before the Court is a motion to remove attorney Susana Santana from the CM/ECF service list. Docket No. 33. For good cause shown, the Court **GRANTS** the motion to remove Ms. Santana from the CM/ECF service list. Docket No. 33.

IT IS SO ORDERED.

Dated: May 14, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge

1