Joel D. Odou (State Bar No. 7468)
jodou@wshblaw.com
Kyle J. Hoyt (State Bar No. 14886)
khoyt@wshblaw.com
Nicholas F. Adams (State Bar No. 14813)
nadams@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405

Attorneys for Defendant, Aramark Services, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| TOLAVIUS TIMMONS,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CAPTAIN ANDREW PERALTA; ARAMARK; BONNIE POLLEY; LT. YANCEY TAYLOR; SGT. FRANC CADET; LEONEL VERDUZCO; SHERIFF JOE LOMBARDO,<br><br>Defendants. | Case No. 2:17-cv-00361-APG-NJK<br><br>**WOOD, SMITH, HENNING & BERMAN, LLP'S MOTION FOR REMOVAL OF ONLY ATTORNEY CHRISTINA M. MAMER FROM ELECTRONIC SERVICE LIST**<br><br>The Hon. Andrew P. Gordon |

COMES NOW, Defendant, ARAMARK SERVICES, INC. (hereinafter "Defendant"), by and through its attorneys of record, WOOD, SMITH, HENNING & BERMAN, LLP ("Wood Smith") hereby submit their Motion for Removal of only Attorney CHRISTINA M. MAMER ("Mamer"), from electronic service list as an Attorney for Defendant.

Attorney Mamer was previously employed by Wood Smith but left their employ in July of 2019. As Ms. Mamer is no longer employed by Wood Smith, and is no longer involved in this case, we respectfully request that she be removed from the electronic service list.

/ / /

/ / /

/ / /

LEGAL:10994-0004/12229457.1    Case No. 2:17-cv-00361-APG-NJK

**WOOD, SMITH, HENNING & BERMAN, LLP'S MOTION FOR REMOVAL OF ONLY ATTORNEY CHRISTINA M. MAMER FROM ELECTRONIC SERVICE LIST**

This instant motion is filed for the sole purpose of requesting removal of only attorney Mamer from the electronic service list. The specific e-mail address is as follows:

(1) cmamer@wshblaw.com

DATED: August 5, 2019

WOOD, SMITH, HENNING & BERMAN LLP

By: _____
JOEL D. ODOU
NICK ADAMS
KYLE J. HOYT
Attorneys for Defendant, Aramark Services, Inc.

IT IS SO ORDERED.

_____
Nancy J. Koppe
United States Magistrate Judge

Date: August 6, 2019