# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TOLAVIUS TIMMONS, | Case No.: 2:17-cv-00361-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| BONNIE POLLEY, et al. | |
| Defendants | |

The defendants filed a motion for summary judgment that included a request for sanctions against plaintiff Tolavius Timmons because Timmons did not appear for his deposition. ECF No. 50 at 34-35. However, the defendants did not submit a certification that they have in good faith conferred or attempted to confer with Timmons to address that issue, as required by Federal Rule of Civil Procedure 37(d)(1)(B).

I THEREFORE ORDER that if the defendants want me to consider their request for sanctions, they must file the proper certification **by October 7, 2020.** Failure to comply will result in the denial of the defendants' sanction request.

DATED this 16th day of September, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE