UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TOLAVIUS TIMMONS,

    Plaintiff

v.

BONNIE POLLEY, et al.,

    Defendants

Case No.: 2:17-cv-00361-APG-NJK

**Order Dismissing Unserved Defendants**

    I previously ordered plaintiff Tolavius Timmons to show cause why his remaining claims against defendants Clark County, the Dietician, Estrada, Martinez, Officer 5577, Officer Owens #J149450, Officer Lewis, Sergeant 8593, and Sergeant Massuci should not be dismissed for failure to prosecute. ECF No. 56 at 17. I advised Timmons that failure to respond by December 4, 2020 would result in dismissal of these claims with prejudice. *Id.* Timmons did not respond.

    I THEREFORE ORDER that that plaintiff Tolavius Timmons' claims against defendants Clark County, the Dietician, Estrada, Martinez, Officer 5577, Officer Owens #J149450, Officer Lewis, Sergeant 8593, and Sergeant Massuci are **DISMISSED with prejudice**.

    DATED this 17th day of December, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE